# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-542
Lower Tribunal No. 2019CA-000744-0000-00

_____

JONATHAN BAILEY and REBECCA BAILEY,

Appellants,

v.

BAYONET PLUMBING, HEATING & AIR-CONDITIONING, LLC,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
James A. Yancey, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and GANNAM, JJ., concur.


Christopher R. Turner, of Christopher R. Turner, PLLC, Orlando, and Fermin Lopez and Nathan P. Carter, of Colling Gilbert Wright & Carter, LLC, Orlando, for Appellants.

Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami, and Meredith K. Hall, of Boyd & Jenerette, P.A., Jacksonville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED